In the Matter of the Application of REX P. MULLIGAN for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

In the Matter of the Application of SANFORD RUSSELL VANDIVORT for Admission to Practice as an Attorney. (From the State of Missouri.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

In the Matter of WILLIAM K. MALONEY, Individually and as Candidate for State Senator in the Thirtieth Senatorial District, et al., Appellants, against BOARD OF ELECTIONS OF WESTCHESTER COUNTY, Respondent.— Order denying application by petitioners for an order directing the Board of Elections of Westchester County to place the name of petitioner William K. Maloney on the ballot as a candidate for the office of State Senator for the Thirtieth Senatorial District in the County of Westchester, at the general election to be held on November 2, 1948, affirmed, without costs. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur. [193 Misc. 242.] ·

### (October 21, 1948.)

In the Matter of HARRY FLEISCHMAN, Individually and as Secretary of the National Executive Committee of the Socialist Party and as a Presidential Elector of the State of New York from the Forty-sixth District, Appellant, against ALFRED A. LAMA et al., Respondents.— On argument, order affirmed, without costs. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

### (October 25, 1948.)

In the Matter of the Petition of BROOKLYN BAR ASSOCIATION. EMANUEL ROSENBERG, an Attorney. In the Matter of the Petition of BROOKLYN BAR ASSOCIATION. LEON FISCHBEIN, an Attorney.— Motion for leave to serve an amended petition granted to the extent of permitting the service of a supplemental petition which shall set forth, by way of additional specifications, only the new charges of professional misconduct. Such supplemental petition shall be served on respondents in the manner prescribed by statute. (Judiciary Law, § 90, subd. 6.) The respondents are directed to serve an answer to the supplemental petition within five days after it is served upon them. The matter is thereupon referred to Honorable CHARLES C. LOCKWOOD, Official Referee, who is hereby directed to reopen the proceeding and to take further proof on the additional specifications and to report thereon, together with his opinion, to this court. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.